HONORABLE JUDGE THOMAS S. ZILLY
MAGISTRATE JUDGE THERESA L. FRICKE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ADAM JOSEPH PERSELL,<br><br>            Petitioner,<br><br>v.<br><br>RONALD HAYNES,<br><br>            Respondent. | NO. 3:23-cv-05275-TSZ-TLF<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A SUPPLEMENTAL ANSWER |

    The Court, having considered the motion for an extension of time, the Declaration of C. Mark Fowler, and the records and files herein, does hereby find and ORDER:

    The motion for an extension of time to September 6, 2024, to file a Supplemental Answer to the habeas corpus petition is GRANTED.

    DATED this __4__ day of __September__ 2024.

_____
THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE