UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAM JOSEPH PERSELL,

        Petitioner,

v.

RONALD HAYNES,

        Respondent.

C23-5275 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's motion for extension, docket no. 30, is GRANTED as follows:

    (a) The Report and Recommendation of the Honorable Theresa L. Fricke, Chief United States Magistrate Judge ("R&R"), docket no. 29, is RENOTED to May 23, 2025.

    (b) Any objection to the R&R shall be submitted by petitioner to the Court on or before May 9, 2025, and shall be noted for May 23, 2025.

    (c) Any response to any objection to the R&R shall be filed on or before May 23, 2025.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to petitioner pro se.

Dated this 13th day of February, 2025.

                Ravi Subramanian
                Clerk

                s/Laurie Cuaresma
                Deputy Clerk

MINUTE ORDER - 1